# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Norgren, | Case No. 0:22-cv-02009 (PJS/JFD) |
| Plaintiff, | |
| vs. | **ORDER** |
| Minnesota Department of Human Services, | |
| Defendant. | |

## ORDER GRANTING STIPULATION PERMITTING DEFENDANT TO FILE ANSWER OUT OF TIME

This matter is before the Court on the parties' Stipulation to Allow Defendant to File Answer Out of Time (Dkt. No. 44). For the reasons set forth in the stipulation, including good cause shown,

IT IS HEREBY ORDERED that the stipulation to permit Defendant to file an answer to Plaintiff's remaining claims out of time is **GRANTED**. Defendant shall file its answer on or before July 25, 2024.

Dated: July 18, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge