UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aaron Norgren, | Civil No. 0:22-cv-02009 (PJS/JFD) |
| Plaintiff, | |
| v. | |
| Minnesota Department of Human Services, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

---

Plaintiff Aaron Norgren and Defendant Minnesota Department of Human Services, by and through their respective counsel, hereby stipulate and agree that all claims asserted by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and on the merits and without attorneys' fees, costs, and expenses to any of the parties.

Dated: September 23, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ Nick Pladson
NICK PLADSON
Assistant Attorney General
Atty. Reg. No. 0388148

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 300-7083 (Voice)
(651) 296-7438 (Fax)
Nick.Pladson@ag.state.mn.us

ATTORNEY FOR DEFENDANT

1

Dated: September 23, 2024      /s/ James Dickey
UPPER MIDWEST LAW CENTER
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
12600 Whitewater Drive, Suite 140
Minnetonka, MN 55343
(612) 428-7000
Doug.Seaton@umlc.org
James.Dickey@umlc.org

ATTORNEYS FOR PLAINTIFF